# EXHIBIT B

## PORTUS v. Crestron Electronics, Inc.
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Crestron |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Crestron Electronics, Inc. Provides a system for remote access of user premises networks located in respective user premises.<br><br>    For example, Crestron Electronics, Inc. Provides Crestron Home System (including Touch Screens, Control System (such as MC4-R),  smart device (such as smart light, thermostat)) deployed within a home (user premises) and connected to Crestron Home App services for remote access (remote monitoring/control) of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
| | <br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home<br><br><br><br>Source: https://www.crestron.com/getmedia/4d8d0637-d472-4e20-9fc7-98eef36acba2/ss_MC4-R |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/crestron-home/id1466827669 |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor | The system includes a first network (XiO Cloud services network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((XiO Cloud server to manage accounts, device registration, device state synchronization, and remote access); and including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Crestron Home app/ the control panel of the Touch Screen) |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
| programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | <br><br>Source: https://www.crestron.com/Products/Featured-Solutions/80Series<br><br> |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
|  | Source: https://www.crestron.com/Products/Catalog/Control-and-Management/User-Interfaces/Wireless-Touchscreen/TST-1080#panel2<br><br>**TST-1080**<br><br>**10.1 in. Wireless Touch Screen**<br><br>**XiO Cloud Service**<br><br>The TST-1080 is compatible with the XiO Cloud® service, which is an IoT (Internet of Things) based platform for remotely provisioning, monitoring, and managing Crestron devices across an enterprise or an entire client base. XiO Cloud is built on the Microsoft® Azure® software platform and utilizes Microsoft's industry leading Azure IoT Hub technology. XiO Cloud enables installers and IT managers to deploy and manage thousands of devices simultaneously. Unlike other virtual machine based cloud solutions, Azure services provide unlimited scalability to suit the ever growing needs of an enterprise. For more information, visit www.crestron.com/xiocloud.<br><br>**Crestron Home OS Control**<br><br>The TST-1080 may be used to control a Crestron Home® OS whole home solution. Select the Crestron Home app from the touch screen to control lighting, shades, climate, media, security, and cameras, including the ability to create and recall scenes that create a desired ambiance throughout a home. A TST-1080 can be installed in each room to provide easy access to various Crestron Home functions for both the room and the home.<br><br>TST spec. Steet |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | Source: https://www.crestron.com/getmedia/963fe1dc-e03b-456d-9b33-4b9d8ee96f6c/ss_TST-1080<br><br>**Wi-Fi Connectivity**<br><br>The TST-1080 connects to the network over Wi-Fi communications via a local wireless access point (WAP) and delivers high-performing wireless connectivity.<br><br>• Support for 802.11ac/b/g/n/ax protocols at 2.4 and 5 Ghz bands affords high-speed wireless performance in almost any environment.<br><br>• Advanced wireless capabilities such as streaming video, voice recognition, web browsing, and dynamic graphics are supported. Wi-Fi connectivity supports up to 50 ft (15 m) of omnidirectional coverage indoors.[5] For Wi-Fi networks with multiple WAPs, the TST-1080 can hand off communication from one access point to another if the active connection is lost.[6]<br><br>Source:                https://www.crestron.com/Products/Catalog/Control-and-Management/User-Interfaces/Wireless-Touchscreen/TST-1080#panel2 |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | **TST-1080 Product Manual (page 73)**<br><br>Source: https://www.crestron.com/getmedia/41c86ae4-80c5-47a7-accb-e05344f469d7/mg_pm_tst-1080 |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
| | **XiO Cloud Service** <br> The TST-1080 is compatible with the XiO Cloud® service, which is an IoT (Internet of Things) based platform for remotely provisioning, monitoring, and managing Crestron devices across an enterprise or an entire client base. XiO Cloud is built on the Microsoft® Azure® software platform and utilizes Microsoft's industry leading Azure IoT Hub technology. XiO Cloud enables installers and IT managers to deploy and manage thousands of devices simultaneously. Unlike other virtual machine based cloud solutions, Azure services provide unlimited scalability to suit the ever growing needs of an enterprise. For more information, visit www.crestron.com/xiocloud. <br><br> Source: https://www.crestron.com/Products/Catalog/Control-and-Management/User-Interfaces/Wireless-Touchscreen/TST-1080#panel2 <br><br>  <br><br> Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | **Registration for XiO Cloud Accounts and Services**<br><br>An XiO Cloud Account is required for: (a) Subscriptions to free XiO Cloud or paid XiO Cloud Premium provisioning and management services; (b) registration of on-premises software product licenses (such as VC-4 and DM-NVX-SW); and (c) registration for Desk Scheduling Service. If you do not have an existing XiO Cloud Account, select "New" to register for an XiO Cloud Account. There is no fee for XiO Cloud Account registration.<br><br>A <u>new</u> Subscription to the free XiO Cloud provisioning and management service automatically includes a complimentary 60-day trial upgrade to the XiO Cloud Premium service. Following the trial period, unless you subscribe to a paid XiO Cloud Premium service, the service will be downgraded to the free XiO Cloud provisioning and management service, without the Premium features. See feature comparison chart at: https://www.crestron.com/Products/Featured-Solutions/XiO-Cloud.<br><br>Source: https://www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (the Control System deployed in users' homes),each with embedded processors and network interfaces and connected as devices on the user's home network to control network access. Control System is part of the user premises network and participates in network access under local control and XiO Cloud server coordination. |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | **Wired and Wireless Device Support**<br><br>Through a full complement of onboard control ports, the MC4-R allows Crestron Home to integrate with a wide variety of audio, video, lighting, motorized shades, thermostats, door locks, sensors, security systems, and other equipment. The MC4-R also provides a built-in infiNET EX® wireless gateway that allows wireless devices to be paired directly to the control system and then added to the Crestron Home system[1].<br><br>System expansion is made easy using the CEN-IO series of wired Ethernet and Wi-Fi® network I/O extenders (sold separately), which provide additional COM (CEN-IO-COM-102 and CEN-IO-COM-202), digital input (CEN-IO-DIGIN-104 and CEN-IO-DIGIN-204), IR (CEN-IO-IR-104 and CEN-IO-IR-204), or relay (CEN-IO-RY-104 and CEN-IO-RY-204) ports for integration with all kinds of third-party equipment.<br><br>Source: https://www.crestron.com/getmedia/4d8d0637-d472-4e20-9fc7-98eef36acba2/ss_MC4-R |

| U.S. Patent No. 8,914,526 | **<u>Crestron</u>** |
|---|---|
| | ## The standard for reliability<br><br>Crestron was built on putting you in command of your technology and spaces, from yesterday's simple needs to today's complex modern workplace or school. A Crestron control solution works the way you need it to, when you need it. It's at the core of everything we do.<br><br>*Leverage services to support the meetings, equipment, or evolution of a space. Leveraging the Crestron XiO Cloud® technology operations management platform or any service with an API, you can bring catering to the touch screens in the room, offer white glove help desk services, monitor equipment, or gather analytics on how your spaces and devices are used.<br><br>Source: https://www.crestron.com/Products/Featured-Solutions/Control-Solutions |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment | The first circuitry arrangement (XiO Cloud server (Crestron Home app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Crestron Home app to Access smart device) |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| of network connections to said second circuitry arrangements;; | Upon authenticated remote access, XiO Cloud server establishes network communications with the registered touch screen over the Internet/home Wi-Fi path to update system, customize system, access services.<br><br><br><br>**TST-1080 Product Manual (page 80)**<br><br>Source: https://www.crestron.com/getmedia/41c86ae4-80c5-47a7-accb-e05344f469d7/mg_pm_tst-1080 |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
| | <br><br>Source: https://www.crestron.com/Products/Featured-Solutions/80Series |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | Crestron Home app (located on the first network) operates as access-browser functionality to locate and retrieve information from XiO cloud server and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing to set up devices such as thermostat, light and fan) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the Crestron Home app acting as an access-browser client to cloud endpoints (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 8,914,526 | **Crestron** |
|---|---|
|  | <br><br>Crestron Home app Quick Start Guide<br><br> Source:                                                  https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide |

| | |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (thermostat, light) is accessible (controlled/ monitored) by the first circuitry arrangement (Smart phone or touch screen with Crestron Home app)<br><br>Once the system is registered to a user account, XiO cloud server can remotely access the claimed smart devices for monitoring and control functions through the (Crestron Home app or web portal).<br><br>**Step 4: Claim Devices**<br><br>Devices must be claimed into the XiO Cloud service before they can be managed. Devices can be claimed individually or as a group. Supported Crestron devices can also be claimed using the Crestron Device Assistant app. Any user (standard or admin) can claim devices into XiO Cloud using either the Crestron Device Assistant app or XiO Cloud portal.<br><br>XiO Cloud® User Guide (page 11)<br><br>Source: https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |

# Claim a Single Device via XiO Cloud

To claim a single device using the XiO Cloud web interface:

> **NOTE:** As of the XiO Cloud version 2.5 release, devices can be claimed directly into rooms or desks as described in the following procedure.

1. Record the MAC address and serial number of the device.
2. Determine where the device will be claimed within the XiO Cloud group tree:

   - To claim into a specific room or desk, select the context menu button ☰ for that room or desk to display a drop-down menu.

   **Room - Drop-Down Menu**



 XiO Cloud® User Guide (page 81)

Source:                                                                https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service

| | |
|---|---|
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | When a user accesses smart devices (via UI selections that cause the client to access service URL/URI endpoints), Xio cloud server rely on authorization data (account login and device claim) to determine which claimed device (and associated premises networks/locations) the user is authorized to monitor/control. Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>User signs in to XiO cloud server / Manager website with account credentials; the service uses authorization data (account identity) to determine which registered system) (and thus which user premises network) the user may monitor/control.<br><br>**Registration for XiO Cloud Accounts and Services**<br><br>An XiO Cloud Account is required for: (a) Subscriptions to free XiO Cloud or paid XiO Cloud Premium provisioning and management services; (b) registration of on-premises software product licenses (such as VC-4 and DM-NVX-SW); and (c) registration for Desk Scheduling Service. If you do not have an existing XiO Cloud Account, select "New" to register for an XiO Cloud Account. There is no fee for XiO Cloud Account registration.<br><br>A new Subscription to the free XiO Cloud provisioning and management service automatically includes a complimentary 60-day trial upgrade to the XiO Cloud Premium service. Following the trial period, unless you subscribe to a paid XiO Cloud Premium service, the service will be downgraded to the free XiO Cloud provisioning and management service, without the Premium features. See feature comparison chart at: https://www.crestron.com/Products/Featured-Solutions/XiO-Cloud.<br><br>Source: https://www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration<br><br>**Step 4: Claim Devices**<br><br>Devices must be claimed into the XiO Cloud service before they can be managed. Devices can be claimed individually or as a group. Supported Crestron devices can also be claimed using the Crestron Device Assistant app. Any user (standard or admin) can claim devices into XiO Cloud using either the Crestron Device Assistant app or XiO Cloud portal.<br><br>XiO Cloud® User Guide (page 11)<br><br>Source:                    https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |

| | |
|---|---|
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | Upon authorized access (e.g., using Crestron Home app to access smart device) XiO cloud server establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect , XiO cloud server and the specific user premises network during the access/control transaction.<br><br>Upon remote user interaction (app/portal), XiO cloud server communicates with the in-premises thermostat over the network path to:<br>- send control commands (e.g., change temperature, change mode, update schedules), and<br>- obtain device status/usage information; |



Crestron Home app Quick Start Guide

Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide



Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control

| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network. |
|---|---|



Crestron Home app Quick Start Guide

 Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide

| [57I] using a web server, serves to the user access browser the information from the | Using a web server (XiO cloud web server),  serves to the user access browser (Crestron Home app) the information from the second circuitry arrangement of the determined user premises network. |
| --- | --- |

| | |
|---|---|
| second circuitry arrangement of the determined user premises network; | **XiO Cloud Service**<br>The TST-1080 is compatible with the XiO Cloud® service, which is an IoT (Internet of Things) based platform for remotely provisioning, monitoring, and managing Crestron devices across an enterprise or an entire client base. XiO Cloud is built on the Microsoft® Azure® software platform and utilizes Microsoft's industry leading Azure IoT Hub technology. XiO Cloud enables installers and IT managers to deploy and manage thousands of devices simultaneously. Unlike other virtual machine based cloud solutions, Azure services provide unlimited scalability to suit the ever growing needs of an enterprise. For more information, visit www.crestron.com/xiocloud.<br><br>Source: https://www.crestron.com/Products/Catalog/Control-and-Management/User-Interfaces/Wireless-Touchscreen/TST-1080#panel2 |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the Crestron Home app/portal as direct, immediate access to thermostat information/controls (i.e., the user experiences the in-premises device as accessible "from anywhere"). |



Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control

| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Remote monitoring/control is performed through the Crestron Home app or web portal interfaces, which display device state/controls derived from the touch screen and accept user commands based on that displayed information. |
| --- | --- |



Crestron Home app Quick Start Guide

Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide