# EXHIBIT D

## PORTUS v. Crestron Electronics, Inc.
## Infringement Chart for U.S. Patent No. 9,961,097

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| 1. A system for remote access of a user premises comprising: | Crestron Electronics, Inc. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Crestron Electronics, Inc. provides Crestron Home System (including Touch Screens, Control System (such as MC4-R),  smart device (such as smart light, thermostat)) deployed within a home (user premises) and connected to Crestron Home App services for remote access (remote monitoring/control) of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| |   <br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home<br><br> |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | Source: https://www.crestron.com/getmedia/4d8d0637-d472-4e20-9fc7-98eef36acba2/ss_MC4-R <br><br>  <br><br> Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/crestron-home/id1466827669 |
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user's phone with Crestron Home App, and/or PC web portal; and touch screen control panel when it registers/interacts with XiO cloud server), a second hardware processing circuitry (XiO cloud server) located in a first network XiO cloud server network) |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
| --- | --- |
| |

Source: https://www.crestron.com/Products/Featured-Solutions/80Series

## TST-1080

### 10.1 in. Wireless Touch Screen

Provides an advanced, tablet-style wireless touch screen controller for corporate, government, classroom, and high-end home applications.



**Resources**

+ Specifications          + Downloads & documentatior

Source:          https://www.crestron.com/Products/Catalog/Control-and-Management/User-Interfaces/Wireless-Touchscreen/TST-1080#panel2 |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| | <br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control<br><br><br>**Registration for XiO Cloud Accounts and Services**<br><br>An XiO Cloud Account is required for: (a) Subscriptions to free XiO Cloud or paid XiO Cloud Premium provisioning and management services; (b) registration of on-premises software product licenses (such as VC-4 and DM-NVX-SW); and (c) registration for Desk Scheduling Service. If you do not have an existing XiO Cloud Account, select "New" to register for an XiO Cloud Account. There is no fee for XiO Cloud Account registration.<br><br>A <u>new</u> Subscription to the free XiO Cloud provisioning and management service automatically includes a complimentary 60-day trial upgrade to the XiO Cloud Premium service. Following the trial period, unless you subscribe to a paid XiO Cloud Premium service, the service will be downgraded to the free XiO Cloud provisioning and management service, without the Premium features. See feature comparison chart at: https://www.crestron.com/Products/Featured-Solutions/XiO-Cloud.<br><br>Source: https://www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | The Control System (such as MC4-R) acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, the Control System connects with XiO cloud server through networki connection, and can connect smart devices. Control System is a connection gateway between XiO cloud server and smart devices.<br><br>**MC4-R**<br>**4-Series™ Control System for Crestron Home® OS**<br><br>Provides a secure, high-performance, cost-effective control system for use with Crestron Home® OS. A small form factor and low profile installation make it perfect for use in single-room systems, small to medium-sized homes, and MDUs (multidwelling units). Provides a built-in gateway for pairing infiNET EX® and ER wireless devices.<br><br>Source: https://www.crestron.com/Products/Catalog/Control-and-Management/Control-System/Residential/MC4-R |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| | # The standard for reliability<br><br>Crestron was built on putting you in command of your technology and spaces, from yesterday's simple needs to today's complex modern workplace or school. A Crestron control solution works the way you need it to, when you need it. It's at the core of everything we do.<br><br><br><br>*Leverage services to support the meetings, equipment, or evolution of a space. Leveraging the Crestron XiO Cloud® technology operations management platform or any service with an API, you can bring catering to the touch screens in the room, offer white glove help desk services, monitor equipment, or gather analytics on how your spaces and devices are used.<br><br>Source: https://www.crestron.com/Products/Featured-Solutions/Control-Solutions |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| | **Wired and Wireless Device Support**<br><br>Through a full complement of onboard control ports, the MC4-R allows Crestron Home to integrate with a wide variety of audio, video, lighting, motorized shades, thermostats, door locks, sensors, security systems, and other equipment. The MC4-R also provides a built-in infiNET EX® wireless gateway that allows wireless devices to be paired directly to the control system and then added to the Crestron Home system[1].<br><br>System expansion is made easy using the CEN-IO series of wired Ethernet and Wi-Fi® network I/O extenders (sold separately), which provide additional COM (CEN-IO-COM-102 and CEN-IO-COM-202), digital input (CEN-IO-DIGIN-104 and CEN-IO-DIGIN-204), IR (CEN-IO-IR-104 and CEN-IO-IR-204), or relay (CEN-IO-RY-104 and CEN-IO-RY-204) ports for integration with all kinds of third-party equipment.<br><br>Source: https://www.crestron.com/getmedia/4d8d0637-d472-4e20-9fc7-98eef36acba2/ss_MC4-R |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (XiO cloud server) is external to the user premises, is accessible via the access browser module (user's phone/tablet (Crestron Home app); and touch screen control panel), and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | Source: https://www.crestron.com/Products/Featured-Solutions/80Series |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | <br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Control System) communicatively coupled to one or more networked components (thermostats, lights.) through the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|

# The standard for reliability

Crestron was built on putting you in command of your technology and spaces, from yesterday's simple needs to today's complex modern workplace or school. A Crestron control solution works the way you need it to, when you need it. It's at the core of everything we do.

*Leverage services to support the meetings, equipment, or evolution of a space. Leveraging the Crestron XiO Cloud® technology operations management platform or any service with an API, you can bring catering to the touch screens in the room, offer white glove help desk services, monitor equipment, or gather analytics on how your spaces and devices are used.

Source: https://www.crestron.com/Products/Featured-Solutions/Control-Solutions

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | **Wired and Wireless Device Support**<br><br>Through a full complement of onboard control ports, the MC4-R allows Crestron Home to integrate with a wide variety of audio, video, lighting, motorized shades, thermostats, door locks, sensors, security systems, and other equipment. The MC4-R also provides a built-in infiNET EX® wireless gateway that allows wireless devices to be paired directly to the control system and then added to the Crestron Home system[1].<br><br>System expansion is made easy using the CEN-IO series of wired Ethernet and Wi-Fi® network I/O extenders (sold separately), which provide additional COM (CEN-IO-COM-102 and CEN-IO-COM-202), digital input (CEN-IO-DIGIN-104 and CEN-IO-DIGIN-204), IR (CEN-IO-IR-104 and CEN-IO-IR-204), or relay (CEN-IO-RY-104 and CEN-IO-RY-204) ports for integration with all kinds of third-party equipment.<br><br>Source: https://www.crestron.com/getmedia/4d8d0637-d472-4e20-9fc7-98eef36acba2/ss_MC4-R |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via | The system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the Crestron Home app acting as an access-browser client to server endpoints (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, |

Crestron Home app Quick Start Guide

Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide

Begins a sequence in which the second hardware processing circuitry(XiO cloud server)  responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (XiO cloud server)   and the at least one networked component (thermostats or light ) of the local network.<br><br><br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home/Youre-In-Control |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | <br><br>Source: https://www.crestron.com/Products/Market-Solutions/Crestron-Home |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Account data) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a system is registered to a user account, XiO cloud server can remotely access the system for monitoring and control functions through the Crestron Home app or web portal.<br><br>**Registration for XiO Cloud Accounts and Services**<br><br>An XiO Cloud Account is required for: (a) Subscriptions to free XiO Cloud or paid XiO Cloud Premium provisioning and management services; (b) registration of on-premises software product licenses (such as VC-4 and DM-NVX-SW); and (c) registration for Desk Scheduling Service. If you do not have an existing XiO Cloud Account, select "New" to register for an XiO Cloud Account. There is no fee for XiO Cloud Account registration.<br><br>A new Subscription to the free XiO Cloud provisioning and management service automatically includes a complimentary 60-day trial upgrade to the XiO Cloud Premium service. Following the trial period, unless you subscribe to a paid XiO Cloud Premium service, the service will be downgraded to the free XiO Cloud provisioning and management service, without the Premium features. See feature comparison chart at: https://www.crestron.com/Products/Featured-Solutions/XiO-Cloud. |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| circuitry, and wherein: | Source: https://www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration <br><br> **Connect to the XiO Cloud Service** <br><br> The XiO Cloud® service allows supported devices across an enterprise to be managed and configured from one central, secure location in the cloud. The touch screen is configured to connect to the service by default. <br><br> **NOTE:** An XiO Cloud account is required to use the service. To register for an XiO Cloud account, refer to www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration. <br><br> To connect the touch screen to the XiO Cloud service: <br><br> 1. Record the MAC address and serial number that are labeled on the shipping box or the touch screen. The MAC address and serial number are required to add the touch screen to the XiO Cloud service. <br><br> **TST-1080 Product Manual (page 80)** <br><br> Source: https://www.crestron.com/getmedia/41c86ae4-80c5-47a7-accb-e05344f469d7/mg_pm_tst-1080 <br><br> **Step 4: Claim Devices** <br><br> Devices must be claimed into the XiO Cloud service before they can be managed. Devices can be claimed individually or as a group. Supported Crestron devices can also be claimed using the Crestron Device Assistant app. Any user (standard or admin) can claim devices into XiO Cloud using either the Crestron Device Assistant app or XiO Cloud portal. <br><br> XiO Cloud® User Guide (page 11) |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | Source:                              https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service<br><br>## Claim a Single Device via XiO Cloud<br><br>To claim a single device using the XiO Cloud web interface:<br><br>**NOTE:** As of the XiO Cloud version 2.5 release, devices can be claimed directly into rooms or desks as described in the following procedure.<br><br>1. Record the MAC address and serial number of the device.<br>2. Determine where the device will be claimed within the XiO Cloud group tree:<br>   • To claim into a specific room or desk, select the context menu button ≡ for that room or desk to display a drop-down menu.<br><br>**Room - Drop-Down Menu**<br><br>XiO Cloud® User Guide (page 81)<br><br>Source:                              https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |
| [1G] the user premises is | The user premises is one of a plurality of user premises (the XiO cloud server can control several systems with different accounts), |

| U.S. Patent No. 9,961,097 | Crestron |
|---|---|
| one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | each system is in a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  touchscreen), and to each of which the second hardware processing circuitry (Xio cloud server) is configured to connect. |

**OVERVIEW**  **SPECIFICATIONS**  **RESOURCES**

The Crestron MC4-R provides a secure, high-performance, cost-effective control system with the embedded Crestron Home® operating system. Its small form factor and versatile mounting options makes it ideal for smaller Crestron Home systems such as single-room systems, small to medium-sized homes, and MDUs (multidwelling units). The MC4-R comes equipped with a 4-Series™ multicore CPU processor that delivers remarkable speed and performance while handling the demands of an advanced automated system.

Source: https://www.crestron.com/Products/Catalog/Control-and-Management/Control-System/Residential/MC4-R

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| |   Crestron Home app Quick Start Guide<br><br> Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data | The sequence further includes the second hardware (XiO cloud server) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device claimed to user account can be accessed) |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| indicates authority to access, | <h2>Step 4: Claim Devices</h2> Devices must be claimed into the XiO Cloud service before they can be managed. Devices can be claimed individually or as a group. Supported Crestron devices can also be claimed using the Crestron Device Assistant app. Any user (standard or admin) can claim devices into XiO Cloud using either the Crestron Device Assistant app or XiO Cloud portal. <br><br> XiO Cloud® User Guide (page 11) <br><br> Source: https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| | ## Claim a Single Device via XiO Cloud<br><br>To claim a single device using the XiO Cloud web interface:<br><br>**NOTE:** As of the XiO Cloud version 2.5 release, devices can be claimed directly into rooms or desks as described in the following procedure.<br><br>1. Record the MAC address and serial number of the device.<br>2. Determine where the device will be claimed within the XiO Cloud group tree:<br><br>   • To claim into a specific room or desk, select the context menu button ☰ for that room or desk to display a drop-down menu.<br><br>**Room - Drop-Down Menu**<br><br>XiO Cloud® User Guide (page 81)<br><br>Source:    https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |
| [1l] the sequence further including the second hardware processing circuitry establishing a | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | The claimed device to a registered user account can be controlled means after claimed, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data.<br><br>a<br><br>**Registration for XiO Cloud Accounts and Services**<br><br>An XiO Cloud Account is required for: (a) Subscriptions to free XiO Cloud or paid XiO Cloud Premium provisioning and management services; (b) registration of on-premises software product licenses (such as VC-4 and DM-NVX-SW); and (c) registration for Desk Scheduling Service. If you do not have an existing XiO Cloud Account, select "New" to register for an XiO Cloud Account. There is no fee for XiO Cloud Account registration.<br><br>A new Subscription to the free XiO Cloud provisioning and management service automatically includes a complimentary 60-day trial upgrade to the XiO Cloud Premium service. Following the trial period, unless you subscribe to a paid XiO Cloud Premium service, the service will be downgraded to the free XiO Cloud provisioning and management service, without the Premium features. See feature comparison chart at: https://www.crestron.com/Products/Featured-Solutions/XiO-Cloud.<br><br>Source: https://www.crestron.com/Support/Tools/Licensing-Registration/XiO-Account-Registration<br><br>**Step 4: Claim Devices**<br><br>Devices must be claimed into the XiO Cloud service before they can be managed. Devices can be claimed individually or as a group. Supported Crestron devices can also be claimed using the Crestron Device Assistant app. Any user (standard or admin) can claim devices into XiO Cloud using either the Crestron Device Assistant app or XiO Cloud portal.<br><br>XiO Cloud® User Guide (page 11)<br><br>Source: https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (smart thermostats, light ) of the local network of the user premises, and stores the selected information in the first network for subsequent review (Historical Reports ) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | **<u>Crestron</u>** |
|---|---|
| networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | <br><br>XiO Cloud® User Guide (page 11)<br>Source:                    https://www.crestron.com/getmedia/5480b91a-51af-4db5-90b1-99d864c68b12/mg_ug_crestron_xio_cloud_service |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module (Crestron Home app/Port) |

| U.S. Patent No. 9,961,097 | **Crestron** |
|---|---|
| previously stored selected information in the first network via the access browser module. | <br><br>Crestron Home app Quick Start Guide<br><br>Source: https://www.crestron.com/getmedia/bc780956-37d3-4266-8bf1-800a51b4bb91/mg_crestron_home_app_quick_start_guide |